ERNEST EDWARD ERICSON, PLAINTIFF, v. ROYCE CHEM-
ICAL COMPANY, DEFENDANT-PETITIONER, AND
SAMUEL J. DANER, ET AL., DEFENDANTS-RESPOND-
ENTS.

*Messrs. Lahey & Gockeler,* for the petitioner.

*Mr. Charles Handler* and *Mr. Samuel H. Berlin,* for the
respondents.

April 30, 1951. Denied.

ESSIE GINTER, PETITIONER-RESPONDENT, v. WESTING-
HOUSE ELECTRIC & MANUFACTURING CORP., RE-
SPONDENT-PETITIONER.

See same case below: 11 *N. J. Super.* 338.

*Messrs. Haines, Chanalis, Lynch & Maloney,* for the
petitioner.

*Mr. Harry Cohn,* for the respondent.

May 7, 1951. Denied.